State of Florida, *ex rel.* Warren C. Lee, Plaintiff in Error, v. W. H. Dowling, Sheriff of Duval County, Defendant in Error.

A writ of Error to the Circuit Court for Duval County.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.

---

Charles Deering *et ux,* Plaintiffs in Error, v. Dade County, Florida, Defendant in Error.

A Writ of Error to the Circuit Court for Dade County.

Writ of Error dismissed. on motion of counsel for the respective parties.

*Hudson & Cason,* for Plaintiffs in Error;

*A. B. & C. C. Small, G. E. McCaskill* and *Burdine & Barco,* for Defendant in Error.

---

Tom Davis, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for Bradford County.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.